BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: NATIONAL COLLEGIATE ATHLETIC ) MDL-_____
ASSOCIATION ATHLETIC GRANT-IN-AID )
ANTITRUST LITIGATION )
)

## SCHEDULE OF ACTIONS

Attached hereto as Exhibits 1-2 are true and correct copies of the complaints and docket reports filed in the cases listed below.

| Exhibit Number | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiffs:** Shawne Alston<br><br>**Defendants:** National Collegiate Athletic Association, The Pacific 12 Conference, The Big Ten Conference, Inc., The Big Twelve Conference, Inc., the Southeastern Conference, and the Atlantic Coast Conference | N.D. California | 4:14-cv-01011-CW | United States District Court Judge Claudia Wilken |
| 2. | **Plaintiffs:** Martin Jenkins<br>Johnathan Moore<br>Kevin Perry<br>William Tyndall<br><br>**Defendants:** National Collegiate Athletic | D. New Jersey | 3:14-cv-01678-FLW-LHG | United States District Court Judge Freda L. Wolfson |

858852.1

| | | | |
|---|---|---|---|
| Association, The Pacific 12 Conference, The Big Ten Conference, Inc., The Big Twelve Conference, Inc., the Southeastern Conference, and the Atlantic Coast Conference | | | |

DATED:  March 19, 2014       By:      /s/ Bruce L. Simon

    Bruce L. Simon
    Thomas K. Boardman
    PEARSON, SIMON & WARSHAW, LLP
    44 Montgomery Street, Suite 2450
    San Francisco, CA 94104
    Telephone:   (415) 433-9000
    Facsimile:    (415) 433-9008

    Jon T. King (Cal. Bar No. 205073)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
    Email: jonk@hbsslaw.com

    Steve W. Berman (*Pro hac vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
    Email: steve@hbsslaw.com

    *Attorneys for Plaintiff Shawne Alston*

858852.1